**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-04-50094-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Charles Peter Miller, III, | |
| Defendant. | |

Defendant Charles Peter Miller, III has filed duplicate motions to revisit his sentence. Dkt. ## 24, 27. Defendant asks the Court to modify his fourteen-month sentence – which runs consecutively to his term of state imprisonment – and allow the sentence to be served concurrently with his state sentence. Dkt. ## 24, 27. The Government objects to the motion on several grounds. First the Government notes that pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A), Defendant must appeal his sentence within ten days of sentencing. Defendant was sentenced two years ago, on June 11, 2007, and did not appeal. Dkt. #25 at 2. The Government also notes that 18 U.S.C. section 3582(c) only allows modification of a sentence in limited circumstances – none of which are present in this case. *Id.*

Defendant's motions are untimely. The Court specifically advised Defendant of his right to appeal within ten days when he was sentenced on June 11, 2007. In addition, none of the circumstances permitting modification of a defendant's sentence are present in this case. *See* 18 U.S.C. § 3582(c). This is not a motion made by the Director of the Bureau of Prisons nor a motion pursuant to Federal Rule of Criminal Procedure 35, and there has not

been a reduction in the sentencing guideline range used to calculate Defendant's sentence. *See id.* Furthermore, the information contained in Defendant's motions was considered by the Court at sentencing. The Court reviewed the sentencing memorandum filed by Defendant's attorney as well as letters submitted by Defendant and his family and friends. Dkt. ## 20, 21. The Court understood that Defendant believes his entire criminal history is the result of his addiction to drugs and that he desires to move forward and start a new life with his girlfriend. The Court concluded, nevertheless, that a consecutive sentence of fourteen months was appropriate given Defendant's criminal history and repeated supervised release violations.

**IT IS ORDERED** that Defendant's motions to revisit sentence (Dkt. ##24, 27) are **denied**.

DATED this 15th day of July, 2009.

_____
David G. Campbell
United States District Judge